IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Case No. 6:19-cv-992-Orl-37GJK

STEVEN D. SANDERS,
and others similarly situated,

    Plaintiff,
vs.


SEJA, INC., a Florida corporation,
DOWNTOWN 36484, INC., a Florida corporation,
NUMBER FIVE, INC., a Florida corporation,
25063 FRENCH AVE CORPORATION, a Florida
corporation, and ALEXANDRE DEGAN, individually,

    Defendants.
_____/

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff STEVEN D. SANDERS, through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants, SEJA, INC., DOWNTOWN 36484, INC., NUMBER FIVE, INC., 25063 FRENCH AVE CORPORATION, and ALEXANDRE DEGAN, individually.

    DATED this 30 July 2019.

                                              */s/ N. James Turner*
                                         N. James Turner, Esq.
                                         Debt Relief Law Center
                                         Counsel for Plaintiff
                                         100 S. Bumby Avenue
                                         Orlando, FL 32803
                                         Telephone (888) 877 -5103
                                         E-mail address: njtlaw@gmail.com
                                         Florida Bar No. 0203041